**DISMISS and Opinion Filed December 4, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-24-01238-CV

## IN THE INTEREST OF K.G., A CHILD

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-07220**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Goldstein, and Miskel
Opinion by Justice Goldstein

Appellant appeals the trial court's September 23, 2024 order transferring the suit from Dallas County to Collin County. Because orders transferring a proceeding under the family code are not subject to interlocutory appeal, *see* TEX. FAM. CODE ANN. §155.204(h), we directed appellant to file, by November 12, 2024, a letter brief explaining how we have jurisdiction over this appeal. We cautioned appellant that failure to file the requested letter brief by the deadline could result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 42.3(c).

To date, appellant has not complied. Accordingly, we dismiss the appeal. *See*

TEX. R. APP. P. 42.3(a), (c).


241238f.p05

/Bonnie Lee Goldstein//

BONNIE LEE GOLDSTEIN
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF K.G., A CHILD

No. 05-24-01238-CV

On Appeal from the 330th Judicial District Court, Dallas County, Texas Trial Court Cause No. DF-13-07220. Opinion delivered by Justice Goldstein. Justices Partida-Kipness and Miskel participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 4th day of December, 2024.